UNITED STATES of America, Plaintiff–Appellee

v.

Israel HERNANDEZ, Defendant–Appellant.

United States of America, Plaintiff–Appellee

v.

Israel Hernandez, Jr., also known as Jose Federico Garcia–Gonzalez, also known as Israel Hernandez–Garcia Jr., Defendant–Appellant.

Nos. 13–51046, 13–51048
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 23, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

John Aloysius Convery, Esq., Hasdorff & Convery, P.C., San Antonio, TX, for Defendant–Appellant.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Israel Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hernandez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Hernandez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014), *petition for cert. filed* (June 4, 2014) (No. 13–10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hernandez's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the APPEAL IS DISMISSED. *See* 5TH
CIR. R. 42.2.

* Pursuant to 5th Cir. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.